# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WILBORN,<br><br>    Plaintiff(s),<br><br>v.<br><br>JODI ANNE DARLING,<br><br>    Defendant(s). | Case No.   CV-18-3433-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

    Plaintiff was ordered to show cause in writing by not later than **May 30, 2019** why this action should not be dismissed for lack of prosecution;

    WHEREAS, this period has elapsed without any action by plaintiff.

    The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 31, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE